**Order entered November 10, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00462-CR

**TREVOR RUSSELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F21-75838-T**

### ORDER

Before the Court is appellant's November 8, 2022 motion to extend the time to file his tendered brief. A review of the tendered brief reveals that on page 31, in a passage quoting from an indictment in a prior case read into the record by the prosecution, appellant reveals the full name of a child victim.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b)

("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, an amended brief that identifies all individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DENY AS MOOT** appellant's motion to extend the time to file his tendered brief.

/s/ DENNISE GARCIA
JUSTICE